IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JANET LYNN THOMSON,** | Case No. 6:24-cv-00939-SB |
| Plaintiff, | |
| vs. | ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | |
| Defendant. | |

Attorney fees in the amount of $20,000 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 5th day of January, 2026.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge